# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 25th day of March, two thousand twenty-six,

Plumbers & Pipefitters Local 178 Health & Welfare Trust Fund, 199 SEIU-National Benefit Fund,

     Plaintiff - Appellees,

Fraternal Order of Police, et al.,

     Consolidate-Plaintiffs-Appellees,

v.

Takeda America Holdings, Inc., Takeda Development Center Americas, Inc.,

     Defendants - Appellants,

Takeda Pharmaceutical Company Limited, Takeda Pharmaceuticals U.S.A., Inc.,

     Defendants-Consolidated-Defendants-Appellants

**ORDER**
Docket No. 25-825

Steven Reed, Brendan Fee and Olanike Steen, counsel for Appellants have requested permission to use laptops in the courtroom for the purpose of referring to material during oral argument of the above-referenced case.

Steven Reed, Brendan Fee and Olanike Steen are hereby authorized to use one laptop(each) computer, in the lawyer anteroom and courtroom for the limited purposes of referring to material during oral argument and for note taking directly related to oral argument in the above-referenced matter.

The use of a cellular phone or smart wearable technology including watches, rings, or headsets is **barred.**

Counsel certifies that (1) he/she will not use the device to make or record images or sounds or to send or receive wireless transmissions; and (2) the device lacks wireless data transmission capability, or alternatively that all access to wireless communication, including Bluetooth and Wi-Fi protocols, has been disabled.

    For The Court:

    Catherine O'Hagan Wolfe,
    Clerk of Court